IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD PALMORE, | |
| Petitioner | |
| VS. | **PROCEEDINGS UNDER 28 U.S.C. §2254** |
| | **BEFORE THE U. S. MAGISTRATE JUDGE** |
| PATRICIA HICKS, WARDEN, | |
| | NO. 5:05-CV-414 (CAR) |
| Respondent | |

# **O R D E R**

Petitioner **EDWARD PALMORE** has moved this court to permit him to be released from custody on bond pending review of his §2254 petition. Tab #26. After careful consideration of this request, it is **DENIED**.

SO ORDERED, this 18th day of JULY, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE